UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV76-J

RUSSELL G. MONDAY                                                                                      PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                              DEFENDANT

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) ("EAJA"). The Commissioner does not contest the plaintiff's status as a prevailing party, nor does the Commissioner assert that his position was substantially justified. However, he does object to the plaintiff's request for an hourly rate in excess of the statutory rate, as well as the amount of hours billed.

Plaintiff requests reimbursement at an hourly rate of $167.64 per hour for 30.2 hours of work resulting in a total fee request of $5,062.30. Pursuant to the EAJA, the maximum hourly fee recoverable is $125, unless that amount is inadequate to reflect the prevailing rate in the community for lawyers of similar skill and experience. In the past, this Court has routinely adopted the $125 hourly rate, rejecting cost of living arguments that the petitioning attorney has been awarded higher rates in other districts. Recently, this Court adjusted the hourly rate for the Louisville, Kentucky market to $140 per hour, noting that the cost of living is higher in the Louisville metropolitan area than in other parts of Western Kentucky. The Court is not persuaded that plaintiff's counsel is entitled to rates in excess of the $125 amount set forth in the EAJA. In addition, the Court finds that the billing contains clerical tasks and reduces the total hours billed by 2.2. Finally, the amount of

hours sought for preparation of the EAJA petition and supporting documents is reduced by 4.0 hours. Accordingly,

IT IS ORDERED:

1) Plaintiff's counsel is awarded a reasonable attorney's fee in the total sum of $3,000.00 which represents $125.00 per hour for 24 hours, to be paid by defendant Commissioner.

2) To the extent that this fee is duplicative of the fee awarded under 42 U.S.C. §406(b), counsel shall reimburse the client.

This is a final and appealable Memorandum and Order.